■ JOSEPH CALVARUSO, an Infant, by GLORIA CALVARUSO, as Natural Guardian, et al., Appellants, v. OUR LADY OF PEACE ROMAN CATHOLIC CHURCH, Defendant, and METHODIST HOSPITAL OF BROOKLYN et al., Respondents.—■

Rabin, P. J., Martuscello, Shapiro, Christ and Brennan, JJ., concur.